**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26−60528 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicole Renee Lang
fka Nicole Panek

23302 State Highway 4
Paynesville, MN 56362

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−1980

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 12/28/2026, or, for governmental units, within 180 days from the date of the Order for Relief or 12/28/2026, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 9/21/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26

United States Bankruptcy Court
District of Minnesota

In re:
Nicole Renee Lang
Debtor

Case No. 26-60528-WJF
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2026 | Form ID: mnbflclm | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Renee Lang, 23302 State Highway 4, Paynesville, MN 56362-9325 |
| 63731855 | + | Candace Joan Peka, 42529 County Road 1, Rice, MN 56367-7500 |
| 63731860 | + | Cold Spring Family Dentistry, 110 Granite Court,, Cold Spring, MN 56320-3700 |
| 63731864 | + | D and G Electric, 6491 381st St,, North Branch, MN 55056-5815 |
| 63731868 | | FAIRVIEW HEALTH SERVICES c/o Riverview Law O, 225 North Benton Dl'ivo, Suite 209, P.O. Box 570, Sauk Rapids, MN 56379-0570 |
| 63731873 | + | M Health Fairview University of Minnesota Med, 500 Harvard Street SE,, Minneapolis, MN 55455-0363 |
| 63731884 | + | TRIPLE J HOMES LLC, 23302 State Highway 4, Paynesville, MN 56362-9325 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63731856 | + | EDI: PHINGENESIS | Sep 22 2026 02:46:00 | CB INDIGO/CCI, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 63731859 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 21 2026 22:45:00 | CHIME/THE BANCORP BANK, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 63731861 | + | EDI: WFNNB.COM | Sep 22 2026 02:46:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 63731862 | + | EDI: WFNNB.COM | Sep 22 2026 02:46:00 | COMENITYCAPITAL/FAMOUS, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 63731863 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2026 22:51:32 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 63731858 | + | Email/Text: bknotification@centracare.com | Sep 21 2026 22:46:00 | CentraCare - Paynesville, 200 W 1st St,, Paynesville, MN 56362-1445 |
| 63731865 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 21 2026 22:46:00 | DEPT OF EDUCATION/NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1911 |
| 63731866 | + | EDI: DISCOVER | Sep 22 2026 02:46:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 63731867 | | Email/Text: DEPT-CORP-PFS-INCOMING-BK-NOTIFICATIONS@Fairview.org | Sep 21 2026 22:45:00 | Fairview Health Services, 400 Stinson Blvd NE, Minneapolis, MN 55413 |
| 63731869 | + | EDI: AMINFOFP.COM | Sep 22 2026 02:46:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 63731857 | | Email/Text: BNSFS@capitalsvcs.com | Sep 21 2026 22:45:00 | CCS/FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS, SD 57104 |
| 63731870 | | EDI: IRS.COM | Sep 22 2026 02:46:00 | Internal Revenue Service, P.O. Box 931000, Louisville, KY 40293-1000 |
| 63731871 | | Email/Text: customerservice.us@klarna.com | Sep 21 2026 22:45:00 | KLARNA INC, 629 N HIGH ST FL 300, COLUMBUS, OH 43215 |

| | | | | |
|---|---|---|---|---|
| 63731872 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 22:51:38 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 63731874 | + | Email/Text: bankruptcydept@membersccu.com | Sep 21 2026 22:45:00 | MEMBERS COOPERATIVE CU, 215 N 40TH AVE W, DULUTH, MN 55807-1654 |
| 63731875 | + | Email/Text: cc-bklitigation@messerlikramer.com | Sep 21 2026 22:45:00 | Messerli & Kramer, 100 South 5th Street, Suite 1400, Minneapolis, MN 55402-1217 |
| 63731876 | | EDI: MINNDEPREV.COM | Sep 22 2026 02:46:00 | Minnesota Department of Revenue, Po Box 64447, Saint Paul, MN 55164-0447 |
| 63731877 | + | Email/Text: bankruptcy@onlineis.com | Sep 21 2026 22:46:00 | ONLINE INFORMATION SER, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 63731878 | | Email/Text: contact@riverview-law.com | Sep 21 2026 22:45:00 | Riverview Law Office, P.O. Box 570, Sauk Rapids, MN 56379-0570 |
| 63731879 | + | Email/Text: bankruptcy@snapfinance.com | Sep 21 2026 22:45:00 | SEEN FINANCE/QB, 1193 W 2400 S, WEST VALLEY CITY, UT 84119-1547 |
| 63731880 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2026 22:45:00 | TBOM/ATLS/ASPIRE, 5 CONCOURSE PKWY STE 400, ATLANTA, GA 30328-9114 |
| 63731881 | + | EDI: PHINGENESIS | Sep 22 2026 02:46:00 | TBOM/MILESTONE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 63731882 | + | EDI: CITICORP | Sep 22 2026 02:46:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 63731883 | ^ | MEBN | Sep 21 2026 22:43:50 | The General, 2636 Elm Hill Pike, Nashville, TN 37214-3169 |
| 63731885 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee, 300 South Fourth Street, 1015, Minneapolis, MN 55415-3070 |
| 63731886 | + | Email/Text: curtwalkerbky@gmail.com | Sep 21 2026 22:45:00 | Walker and Walker Law Offices, 4356 Nicollet Ave South, Minneapolis, MN 55409-2033 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Patrick John Sinner | ND11@ecfcbis.com ana@kdlawpartners.com;patrick@kdlawpartners.com |
| Sarah Juberian | on behalf of Debtor 1 Nicole Renee Lang curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3